# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **CHRISTINE D. DRAKE,** individually and on behalf of others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) No. 2:20-cv-02076-ACA |
| v. | ) ) ) |
| **BBVA USA BANCSHARES, INC.,** et al., | ) ) ) ) |
| Defendants. | ) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Comes now Harlan I. Prater, IV, pursuant to Local Rule 83.1(b) and respectfully requests admission *pro hac vice* of Samuel P. Myler to represent Defendant Envestnet Asset Management, Inc. in this case. In support of this Motion, movant submits the following declaration of Samuel P. Myler:

### Declaration of Samuel P. Myler

1. I am an associate attorney with MAYER BROWN LLP, 71 South Wacker Drive; Chicago, Illinois 60606. My business contact information is as follows:

> Telephone: (312) 701-8461
>
> Facsimile: (312) 706-8238
>
> Email: *smyler@mayerbrown.com*

2. I reside at 1522 S. Prairie Avenue, Unit M; Chicago, Illinois 60605.

3. I am admitted to practice before the following courts:

| **Court** | **Date of Admission** |
|---|---|
| Supreme Court of Illinois | November 2, 2012 |
| Eastern District of Michigan | March 4, 2020 |
| Eastern District of Wisconsin | October 28, 2020 |
| Western District of Wisconsin | March 7, 2017 |
| Northern District of Illinois | January 3, 2013 |

4. I am in good standing and eligible to practice in all courts to which I have been admitted.

Pursuant to 18 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct.

_____
Samuel P. Myler

The undersigned movant is a member in good standing of the bar of this court and will serve as local counsel in these proceedings pursuant to Local Rule 83.1(b)(2). Payment of the requisite fee is being submitted to the Clerk of Court.

Accordingly, I request the admission *pro hac vice* of Samuel P. Myler to represent Defendant Envestnet Asset Management, Inc. in this case.

Respectfully submitted this 4th day of February, 2021.

/s/Harlan I. Prater, IV
One of the Attorneys for Defendant
Envestnet Asset Management, Inc.

OF COUNSEL:
Harlan I. Prater, IV
*hprater@lightfootlaw.com*
Brooke L. Messina
*bmessina@lightfootlaw.com*
LIGHTFOOT, FRANKLIN & WHITE, LLC
The Clark Building
400 20th Street North
Birmingham, Alabama 35203
(205) 581-0700


Nancy G. Ross (*pro hac vice requested*)
*nross@mayerbrown.com*
Richard E. Nowak (*pro hac vice requested*)
*rnowak@mayerbrown.com*
Samuel P. Myler (*pro hac vice requested*)
*smyler@mayerbrown.com*
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
(312) 782-0600

## **CERTIFICATE OF SERVICE**

       I hereby certify that on this 4th day of February, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                        */s/Harlan I. Prater, IV*
                                        Of Counsel