# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **CHRISTINE D DRAKE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No.: 2:20-cv-02076-ACA |
| ) | |
| **BBVA USA BANCSHARES INC,** ) | |
| **et. al,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER TO SHOW CAUSE

Plaintiff Christine Drake filed an unopposed motion to seal Exhibits A, B, and C of her amended complaint. (Doc. 26). Plaintiff asserts in her motion that she is filing the documents under seal because Defendant BBVA USA Bancshares, Inc. ("BBVA"), only produced the documents subject to a confidentiality agreement during the administrative process. (*Id.* at 1–2). But Ms. Drake "is of the position that these documents should never have been designated confidential." (*Id.* at 2).

"[C]ourts of this country recognize a general right to inspect and copy public records and documents, including judicial records and documents." *Comm'r, Alabama Dep't of Corr. v. Advance Loc. Media, LLC*, 918 F.3d 1161, 1166 (11th Cir. 2019) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978)). Accordingly, the court **ORDERS** BBVA to **SHOW CAUSE**, in writing, **on or**

**before March 17, 2021**, why Exhibits A, B, and C of the amended complaint should be filed under seal.  (Docs. 25-2, 25-3, 25-4).

    **DONE** and **ORDERED** this March 9, 2021.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE