# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CHRISTINE D. DRAKE, individually and on behalf of others similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | )    Case No. 2:20-cv-02076-ACA |
| v. | )<br>) |
| BBVA USA BANCSHARES, INC., as named fiduciary, ROSILYN HOUSTON, SHANE CLANTON, JAVIER HERNANDEZ, KIRK PRESLEY, CELIE NIEHAUS, JOE CARTEE, JIM HESLOP, ANGEL REGLERO, individually and as members of the Investment Committee, ENVESTNET ASSET MANAGEMENT, INC. as investment fiduciary, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Defendants BBVA USA Bancshares, Inc. ("BBVA"), the Individual Investment Committee Defendants (the "Individual Defendants") who have waived service and appeared[1], and Envestnet Asset Management, Inc. ("Envestnet"), move

---

[1] The "Individual Defendants" include Rosilyn Houston, Shane Clanton, Javier Hernandez, Kirk Presley, Celie Niehaus, Joe Cartee, and Jim Heslop. For clarity, the undersigned counsel for the Individual Defendants does not represent named Defendant Angel Reglero.

the Court for an extension of time, until April 15, 2021, to answer or otherwise respond to Plaintiff's First Amended Complaint. In support of this Motion, Defendants state as follows:

1. On December 28, 2020, Plaintiff filed a Class Action Complaint against Defendant BBVA Bancshares, Inc. and others in this Court. *See* Doc. 1.

2. BBVA, through counsel, agreed to waive formal service of the summons and complaint. BBVA's deadline to answer or otherwise respond to the Complaint was February 26, 2021.

3. BBVA asked the Court for an extension of time, until March 15, 2021, to prepare a response. *See* Doc. 20.

4. After retaining counsel, the Individual Defendants agreed to waive formal service of the summons and Complaint, which was filed on February 25, 2021. After service of the summons and complaint, Envestnet asked the Court for extension of time to prepare a response. *See* Doc. 6 (Envestnet requesting until March 15, 2021). The Individual Defendants did the same. *See* Doc. 22 (Individual Defendants requesting until March 22, 2021).

5. The Court entered text orders granting all Defendants' motions for extension of time to respond to the Complaint. *See* Text Order, March 3, 2021 (granting the Individual Defendants' motion); S*ee* also Text Order, Feb. 12, 2021 (granting BBVA's motion); Text Order, Feb. 1, 2021 (granting Envestnet's motion).

6. Plaintiff filed its First Amended Complaint on March 4, 2021. *See* Doc. 25.

7. Due to the complex nature of the First Amended Complaint, all Defendants who have been served and appeared respectfully ask the Court for an extension of time, until April 15, 2021, to prepare a response.

8. Counsel for BBVA has conferred with counsel for Plaintiff, and Plaintiff consents to the proposed extension for all Defendants.

9. Defendants do not seek this extension for purposes of undue delay.

10. The proposed extension will not prejudice any party, as this matter is still in its initial stages.

11. Accordingly, for good cause shown, Defendants respectfully request that the Court extend the deadlines for all Defendants who have been served and appeared to respond to Plaintiff's Complaint until April 15, 2021.

Respectfully submitted,

*/s/ Leigh Anne Hodge*
Leigh Anne Hodge (ASB-1008-E49L)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 5th Avenue North
Birmingham, AL 35203
(205) 521-8000
(205) 521-8800 (fax)
lhodge@bradley.com

*Attorney for BBVA USA Bancshares, Inc.*

<u>OF COUNSEL</u>:

Scott Burnett Smith (ASB-3615-T82S)
BRADLEY ARANT BOULT CUMMINGS LLP
200 Clinton Avenue West, Suite 900
Huntsville, Alabama 35801
(256) 517-5100
(256) 517-5200 (fax)
ssmith@bradley.com

*Attorney for BBVA USA Bancshares, Inc.*

      /s/ *Nancy G. Ross*
Nancy G. Ross
*Admitted Pro Hac Vice*
Richard E. Nowak
*Admitted Pro Hac Vice*
Samuel P. Myler
*Admitted Pro Hac Vice*
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
nross@mayerbrown.com
rnowak@mayerbrown.com
smyler@mayerbrown.com

*Attorneys for Envestnet Asset Management, Inc.*

OF COUNSEL:

Harlan I. Prater, IV
Brooke L. Messina
LIGHTFOOT, FRANKLIN & WHITE, LLC
The Clark Building
400 20th Street North
Birmingham, Alabama 35203
(205) 581-0700
(205) 581-0799 (fax)
hprater@lightfootlaw.com
bmessina@lightfootlaw.com

*Attorneys for Envestnet Asset Management, Inc.*

 /s/ Emily S. Costin
Emily Seymour Costin
*Admitted Pro Hac Vice*
Alston & Bird LLP
950 F Street, NW
Washington, DC 20004
(202) 239-3695
(202) 239-3333 (fax)
emily.costin@alston.com

*Attorney for the Investment Committee Defendants (Rosilyn Houston, Shane Clanton, Javier Hernandez, Kirk Presley, Celie Niehaus, Joe Cartee, and Jim Heslop)*

<u>OF COUNSEL:</u>

Sharon D. Stuart (ASB-8559-R59S)
CHRISTIAN & SMALL LLP
505 North 20th Street
Suite 1800 Financial Center
Birmingham, Alabama 35203
(205) 250-6678
(205) 328-7234 (fax)
sdstuart@csattorneys.com

*Attorneys for the Investment Committee Defendants (Rosilyn Houston, Shane Clanton, Javier Hernandez, Kirk Presley, Celie Niehaus, Joe Cartee, and Jim Heslop)*

# CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James H. White, IV
JAMES WHITE FIRM, LLC
Landmark Center
2100 1st Avenue North, Suite 600
Birmingham, Alabama 35203
james@whitefirmllc.com
*Attorney for Plaintiff*

Dennis George Pantazis, Jr.
WIGGINS, CHILDS, PANTAZIS, FISHER & GOLDFARB, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
dgpjr@wigginschilds.com
*Attorney for Plaintiff*

C. Lange Clark
LAW OFFICE OF LANGE CLARK PC
301 19th Street North, Suite 550
Birmingham, Alabama 35203
langeclark@langeclark.com
*Attorney for Plaintiff*

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    NONE

                                  */s/ Leigh Anne Hodge*
                                  OF COUNSEL