# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CHRISTINE D. DRAKE,** ] | |
| ] | |
| **Plaintiff,** ] | |
| ] | |
| v. ] | Civ. No.: 2:20-cv-02076-ACA |
| ] | |
| **BBVA USA BANCSHARES, INC.,** ] | |
| **et. al,** ] | |
| ] | |
| **Defendants.** ] | |

## FINAL ORDER

Consistent with the accompanying opinion, the court **GRANTS** Plaintiff Christine D. Drake's motion to voluntarily dismiss this action and **DISMISSES** this action **WITHOUT PREJUDICE**, with the condition that Ms. Drake may not re-file this action as a named plaintiff against these Defendants. If Ms. Drake violates this condition, she will be required to pay the costs and attorneys' fees associated with Defendants' defense of this action. These conditions will not preclude her from qualifying as a member of any class certified in *Ferguson*, if such a class is certified and she otherwise meets the conditions to be a member of the class.

**DONE** and **ORDERED** this October 27, 2021.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE